■ In the Matter of 78TH STREET ASSOCIATION et al., Respondents, v. CITY OF NEW YORK, Acting by the New York City Transit Authority, et al., Appellants.— Order entered March 18, 1969, directing a trial in an article 78 proceeding, unanimously reversed, on the law, stay vacated and petition dismissed, with $30 costs and disbursements to appellants. The determination of the New York City Transit Authority has a rational basis, is neither arbitrary nor capricious, and was made in compliance with section 228 of the City Charter. Subdivision f of section 227 of the Charter excepts this project from the jurisdiction of the Site Selection Board since the city had title to the bed of East 78th Street. Concur—Stevens, P. J., Tilzer, Markewich, Nunez and McNally, JJ.